# SEALED

DANIEL G. BOGDEN
United States Attorney
NADIA J. AHMED
Special Assistant United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JAMES KILLIAN,<br>    Defendant. | 2:12-cr-043-<br><br>**MOTION TO UNSEAL** |

The United States, by and through Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Special Assistant United States Attorney and Nancy J. Koppe, Assistant United States Attorney, asks this Court to unseal the indictment and the above-referenced case, as of June 27, 2012, as it is no longer necessary for it to remain sealed.

DATED: This 2nd day of July, 2012.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

NADIA J. AHMED
Special Assistant United States Attorney
NANCY J. KOPPE
Assistant United States Attorney

APPROVED: July 10, 2012

_____
UNITED STATES MAGISTRATE JUDGE